AFFIRM; Opinion Filed February 27, 2013.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-12-00340-CR

---

**BRANDON JEROME MILLER, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

---

On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F11-21412-X

---

## MEMORANDUM OPINION

Before Justices Bridges, FitzGerald, and Myers
Opinion by Justice Myers

A jury convicted Brandon Jerome Miller of sexual assault and assessed punishment at twelve years' imprisonment. *See* TEX. PENAL CODE ANN. § 22.011(a)(1)(A) (West 2011). On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

_____
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120340F.U05

-2-



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BRANDON JEROME MILLER,
Appellant

No. 05-12-00340-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 6 of Dallas County, Texas (Tr.Ct.No.
F11-21412-X).
Opinion delivered by Justice Myers,
Justices Bridges and FitzGerald
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2013.

LANA MYERS
JUSTICE